United States Courts
Southern District of Texas
FILED

JAN 25 2011

David J. Bradley, Clerk of Court

A091 (Rev. 8/01) Criminal Complaint

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA
V.
Kathryn Yvette COVIN

**CRIMINAL COMPLAINT**

Case Number: C-11-117m

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief.  On or about __1/24/2011__ in __Kenedy__ County, in the
(Date)

Southern District of Texas defendant, **Kathryn Yvette COVIN**

did knowingly and intentionally possess with intent to distribute 2.36 kilograms of marijuana (gross weight), a Schedule I Controlled Substance.

in violation of Title __21__ United States Code, Section(s) __841__
I further state that I am a(n) __Special Agent__ and that this complaint is based on the
                                    Official Title
following facts:    See Attached Affidavit of ICE Special Agent   Jose Pineda

_____
Signature of Complainant

Continued on the attached sheet and made a part of this complaint:  [X] YES  [ ] NO

Jose Pineda
Printed Name of Complainant

Sworn to before me and signed in my presence, and probable cause found.

__January 25, 2011__                            at     __Corpus Christi, Texas__
Date                                                         City and State

**Brian L. Owsley   U.S. Magistrate Judge**
Name and Title of Judicial Officer                        Signature of Judicial Officer

# AFFIDAVIT

On January 24, 2011, Homeland Security Investigations (HSI), ASAC/ Corpus Christi, Texas were notified by Kingsville, Texas Border Patrol regarding the arrest of Kathryn Yvette COVIN, a United States Citizen and Calvin Anthony WATSON, an undocumented alien from Jamaica. Border Patrol Agent Bennett Taylor was manning the primary inspection lane when COVIN, driving a 1994 Mazda B300, Texas License plate: AG13604 presented herself for inspection. COVIN stated she was a United States Citizen and stated she was en route to Houston, Texas. BPA Taylor noticed there were many blankets and house hold items located in the rear area of the cab. BPA Taylor asked for consent, in which COVIN granted the consent. At this point, COVIN appeared to be fidgety and nervous.

BPA Villafuerte was utilizing his assigned service canine and advised BPA Taylor that his canine was alerting to the exterior of the vehicle. COVIN was directed to the secondary inspection lane for further questioning. In secondary, COVIN emerged form the underneath the blankets and other items that were located behind the seat. BPA Villafuerte allowed his canine to perform a systematic canine search of the vehicle. The canine alerted to an area behind the front seat of the pick up truck. BPA Villafuerte discovered four bundles wrapped in cellophane plastic. BPA Villafuerte extracted a green leafy substance which later determined to be marijuana.

Both subjects were placed under arrest for possession of controlled substance and were read their Miranda Warnings.

HSI ASAC/ Corpus Christ Special Agents Jose Pineda and Tim Sturdevant traveled to the Border Patrol Checkpoint to interview COVIN and WATSON.

COVIN was re-advised of her Miranda Warnings by SA Jose Pineda. COVIN waived her rights to an attorney and made the following statement regarding the narcotics.
COVIN claimed to have traveled from Houston, Texas to meet family members in Brownsville, Texas for the weekend. COVIN stated she met WATSON in the Rio Grande Valley on Sunday after COVIN visited with family members. COVIN and WATSON had previously met in Houston, Texas on a different occasion. COVIN stated WATSON would pay her $500 dollars to smuggled marijuana back to Houston, Texas and give him a ride as well. COVIN told agents that both WATSON and COVIN went to a house in Harlingen, Texas where they met an unidentified Hispanic male. The Hispanic male along with WATSON put the marijuana in her pick up truck. COVIN also stated while she was at the house in Harlingen, Texas she saw a square bundle of marijuana in her presence; unknown to her if it was the same bundle placed in her truck.

Soon after leaving the house in Harlingen, Texas, COVIN asked WATSON where the marijuana was located and how much (quantity) was loaded. WATSON told COVIN it

was only 1 to 2 pounds of marijuana and that it was hidden very well. WATSON and COVIN were soon encountered at the Border Patrol Checkpoint

AUSA Ken Cusick was provided with the facts of the case and accepted prosecution of Kathryn Yvette COVIN for possession of a controlled substance.

_____
José Pineda Jr.
Special Agent
Immigration and Customs Enforcement (ICE)


**SWORN TO AND BEFORE ME AND PROBABLE CAUSE FOUND THIS 25TH DAY OF January 2011.**

_____
Brian L. Owsley, United States Magistrate Judge