UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

United States Courts
Southern District of Texas
F I L E D

FEB 17 2011

David J. Bradley
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL NUMBER |
| KATHRYN YVETTE COVIN<br>CALVIN ANTHONY WATSON | § § § | **C-11-168** |

### INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about January 24, 2011, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

KATHRYN YVETTE COVIN
and CALVIN ANTHONY WATSON,

did knowingly and intentionally conspire and agree together, with each other, and with other persons known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance. This violation involved less than fifty (50) kilograms of marihuana, that is, approximately one and ninety-nine hundredths (1.99) kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(D).

### COUNT TWO

On or about January 24, 2011, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

KATHRYN YVETTE COVIN

and CALVIN ANTHONY WATSON,

did knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved less than fifty (50) kilograms of marihuana, that is, approximately one and ninety-nine hundredths (1.99) kilograms of marihuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(D), and Title 18, United States Code, Section 2.

## COUNT THREE

On or about January 24, 2011, in the Corpus Christi Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

KATHRYN YVETTE COVIN,

did knowingly and in reckless disregard of the fact that Calvin Anthony Watson was an alien who had come to, entered, and remained in the United States in violation of law, transport and move such alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and 1324(a)(1)(B)(ii).

## COUNT FOUR

On or about January 24, 2011, in the Corpus Christi Division of the Southern District of Texas and within the jurisdiction of the Court, the defendant,

CALVIN ANTHONY WATSON,

an alien who had previously been denied admission, excluded, deported and removed, knowingly and unlawfully was present in the United States having been found at or near Kenedy County, Texas,

without having obtained consent to reapply for admission into the United States from the Attorney General of the United States or the Secretary of the Department of Homeland Security, the successor, pursuant to Title 6, United States Code, Sections 202(3), 202(4), and 557.

In violation of Title 8, United States Code, Sections 1326(a) and 1326(b).

A TRUE BILL:
<u>ORIGINAL SIGNATURE ON FILE</u>
FOREPERSON OF THE GRAND JURY

JOSE ANGEL MORENO
UNITED STATES ATTORNEY

By: *Elsa Salinas*
ELSA SALINAS
Assistant United States Attorney